IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MELODY McALISTER,** | : | **CIVIL ACTION** |
| Plaintiff, | : | |
| v. | : | |
| **NATIONAL RAILROAD PASSENGER CORPORATION d/b/a AMTRAK,** | : | **NO. 23-3571** |
| Defendants. | : | |

## ORDER

**AND NOW,** this 16th day of July, 2024, upon consideration of Plaintiff's Praecipe to Discontinue (ECF 11), it is hereby **ORDERED** that the Motion is **GRANTED**. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

_____
Hon. Mia R. Perez